**Department of Homeland Security**

**U.S. Citizenship and Immigration Services**

# Cover Sheet

# Record
# of
# Proceeding

**NOTE:** This is a permanent record of the U. S. Citizenship and Immigration Services. Any part pf this record that is removed **must be returned** after it has served its purpose.

### Instructions

1. Place a separate cover sheet on the top of each Record of Proceeding.

2. Each Record of Proceeding must be fastened on the inner left side of the file jacket in chronological order.

3. Any person temporarily removing any part of this record must make, date and sign a notation to this effect that must be retained in this record, below the cover sheet. The signer is responsible for replacing the removed material as soon as it has served its purpose.

4. See AM 2710 for detailed instructions

G☆ U.S. GOVERNMENT PRINTING OFFICE: 2009–351-348/86088                    M-175 (Rev. 02/28/05) Y

000001



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

**U.S. Citizenship
and Immigration
Services**

August 26, 2009

NARGES YOUSSEFI
ATTN LAURENCE F JOHNSON ESQ
LAW OFFICES OF LAURENCE F JOHNSON LLC
2416 BLUERIDGE AVENUE SUITE 204
SILVER SPRING MD  20902

A Number:
File Receipt Number: EAC0819051815
Motion Number: EAC0917251529
Beneficiary: ATEE GHOMI, POURIA, MAHDI

Dear Sir/Madam:

On June 1, 2009, you filed a Motion to Reopen and Reconsider the denial or revocation of your Application to Extend/Change Nonimmigrant Status (Form I-539) rendered on September 8, 2008.

The motion as submitted has been reviewed.  It meets the requirements of 8 CFR 103.5 concerning the proper filing of a motion.  Accordingly, the request to reopen and reconsider these proceedings will be and is hereby granted.

On June 27, 2008, you filed an Application to Extend/Change Nonimmigrant Status (Form I-539) to change your nonimmigrant status to F-1.  This letter is notice of denial of your application.  A detailed explanation follows.

Title 8, Code of Federal Regulations, 214.2(f)(5)(i) states in pertinent part:

> ...An F-1 student may be admitted for a period up to 30 days before the indicated report date or program start date listed on Form I-20....

Title 8, Code of Federal Regulations, Section 248.1(b) states in pertinent part:

> ... a change of status may not be approved for an alien who failed to maintain the previously accorded status ...

The Student and Exchange Visitor Information System (SEVIS) Certificate of Eligibility (Form I-20) that you submitted lists your program start date as November 3, 2008.  Your nonimmigrant B2 status expired on June 27, 2008, more than 30 days before the program start date.  A search of U.S. Citizenship and Immigration Services (USCIS) databases does not reveal any other application or petition filed by you, or on your behalf, that would extend your previously accorded status to within 30 days of the anticipated start date of your classes.

FOR OFFICE USE ONLY

**E**   AG0049

000002

www.uscis.gov

EAC0819051815
Page 2

The request to change your nonimmigrant status is denied because you failed to maintain your nonimmigrant status to within 30 days of the program start date. This decision is without prejudice to consideration of subsequent applications to extend/change nonimmigrant status filed with USCIS.

After a complete review of the record of proceeding, including your motion, the grounds for denial have not been overcome.

It is ordered that the previous decision will be and is hereby affirmed. The request for a change of nonimmigrant status is denied.

This decision leaves you without lawful immigration status and you are therefore present in the United States in violation of the law. You are required to depart the United States. Remaining in the United States without authorization may result in the initiation of removal proceedings against you and may affect your ability to return to the United States in the future.

This decision may not be appealed. However, should you disagree with this decision, or have additional evidence you believe shows the decision to be in error, you may submit a Motion to Reopen or a Motion to Reconsider on Form I-290B, Notice of Appeal or Motion, to this office within 33 days from the date of this notice. A copy of Form I-290B is enclosed for your use. A Motion to Reopen must be submitted in writing, state the new facts to be considered, and be supported by affidavits or other new documentary evidence. A Motion to Reconsider must show that the decision was legally incorrect according to statute, regulation, and/or precedent decision. Failure to follow these instructions could result in an unfavorable decision. The motion must be sent to the Vermont Service Center with a filing fee of $585.00 to the following address:

Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

For more information about the filing requirements for motions, please see 8 CFR §103.5, visit the USCIS website at www.uscis.gov, or contact the automated Form Request Line by calling 1-800-870-3676.

Sincerely,

Daniel M. Renaud
Center Director

Enclosure(s)

CC:   NARGES YOUSSEFI
      3051 COPELAND LANE
      OAKTON VA 22124

U.S. Department of Justice
Immigration and Naturalization Service

**N⸱ ⸱ of Entry of Appearance
as Attor␍ey or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: **Narges YOUSSEFI** | Date:   **05/28/2009** |
| | File No. **EAC 0900751125;   EAC0819051815** |

I hereby enter my appearance as attorney for (or representative of), at the request of the following named person(s):

| Name:   **Narges YOUSSEFI** | ☐ Petitioner     ☒ Applicant |
| | ☐ Beneficiary |

| Address: (Apt. No.)       (Number & Street) | (City) | (State) | (Zip Code) |
| **3051 Copeland Lane** | **Oakton** | **VA** | **22124** |

| Name: | ☐ Petitioner     ☐ Applicant |
| | ☐ Beneficiary |

| Address: (Apt. No.)       (Number & Street) | (City) | (State) | (Zip Code) |
| | | | |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

**U.S. Supreme Court** and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

| SIGNATURE      johnsonimmigration@gmail.com | COMPLETE ADDRESS |
| | **Johnson Immigration Law P.C.** |
| | **2416 Blueridge Ave., #204** |
| | **Silver Spring, Maryland 20902-4541** |
| NAME (Type or Print)      **Laurence F. JOHNSON** | TELEPHONE NUMBER      FAX |
| | **(301) 942-0303**     **(301) 942-1174** |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

**Laurence F. Johnson and all staff members of Johnson Immigration Law PC**
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

**Narges  YOUSSEFI**

| Name of Person Consenting | Signature of Person Consenting | Date |
| **Narges  YOUSSEFI** | Youssefi | **5/29/09** |

(NOTE:  Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

000004

OMB No. 1615-0095; Expires 02/28/10

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-290B, Notice
# of Appeal or Motion

| In the Matter of: **Narges YOUSSEFI** | | File Number: **A - none** |
|---|---|---|

| START HERE - Please Type or Print (Use black ink) | For USCIS Use Only |
|---|---|

**Part 1. Information About You** *(Individual/Business/Organization filing appeal or motion)*

| Family Name | Given Name | Middle Name |
|---|---|---|
| **JOHNSON** | **Laurence** | **F** |

Name of Business/Organization *(if applicable)*

**Johnson Immigration Law P.C.**

Mailing Address - Street Number and Name | Apt. #

**2416 Blueridge Ave., #204**

C/O *(in care of)*:

| City | State or Province | Zip/Postal Code |
|---|---|---|
| **Silver Spring** | **MARYLAND** | **20902-4541** |

| Country | Daytime Phone # *(Area/Country Code)* |
|---|---|
| **USA** | **(301) 942-0303** |

| Fax # *(Area/Country Code)* | E-Mail Address *(if any)* |
|---|---|
| **(301) 942-1174** | **johnsonimmigration@gmail.com** |

☒ I am an attorney or representative. If you check this box, you must provide the following information about the person or organization for whom you are appearing. (**NOTE:** You must attach a Form G-28, Notice of Entry of Appearance as Attorney or Representative.)

| Family Name | Given Name | Middle Name |
|---|---|---|
| **YOUSSEFI** | **Narges** | |

Complete Name of Business/Organization/School *(if applicable)*

| A # *(if any)* | Daytime Phone # *(Area/Country Code)* |
|---|---|
| **none** | **(301) 905-2692** |

| Fax # *(Area/Country Code)* | E-mail Address *(if any)* |
|---|---|
| | **nargesyoussefi@yahoo.com** |

**For USCIS Use Only column:**
Returned
Date
Date
Resubmitted
Date
Date
Reloc Sent
Date
Date
Reloc Rec'd
Date
Date
Remarks *Late Filing Excused*

Receipt

06/02/2009
EAC-09-172-51528

U.S. Department of Homeland Security
**APPROVED**
AUG 7 2009
000070
Citizenship and Immigration Services

**Part 2. Information About the Appeal or Motion**

Check the box below that best describes your request. *(Check one box.)*

A. ☐ I am filing an appeal. My brief and/or additional evidence is attached.

B. ☐ I am filing an appeal. My brief and/or additional evidence will be submitted to the AAO within 30 days.

C. ☐ I am filing an appeal. No supplemental brief and/or additional evidence will be submitted.

D. ☐ I am filing a motion to reopen a decision. My brief and/or additional evidence is attached.

E. ☒ I am filing a motion to reconsider a decision. My brief is attached.

F. ☐ I am filing a motion to reopen and a motion to reconsider a decision. My brief and/or additional evidence is attached.

CIS/VSC
ST. ALBANS, VT 05479-000
342
2009 JUN -1 AM 9: 42
RECEIVED
CENTER DIRECTOR
VTP0541

| In the Matter of: **Narges YOUSSEFI** | File Number:  A - none |
|---|---|

## Part 2.  Information About the Appeal or Motion    *(Continued)*

Information on the relating application/petition.

| Application/Petition Form # | Receipt # | Date of Denial *(mm/dd/yyyy)* | USCIS Office Where Decision Issued |
|---|---|---|---|
| I-539 | EAC-08-190-51815 | 04/28/2009 | VSC |

## Part 3.  Basis for the Appeal or Motion

**Motion to Reopen:**  The motion must state new facts and must be supported by affidavits and/or documentary evidence.

**Motion to Reconsider:**  The motion must be supported by citations to appropriate statutes, regulations, or precedent decisions.

**Appeal:**  Provide a statement explaining any erroneous conclusion of law or fact in the decision being appealed.

The Service erroneously denied Ms. Youssefi's application for change of status based on the assertion that she failed to maintain lawful nonimmigrant status up to 30 days before her school date of November 3, 2008.

Ms. Youssefi had valid B2 nonimmigrant status that would expire on June 27, 2008. Ms. Youssefi applied for a change of status to an F1 with a start date of November 8, 2008. Ms. Youssefi would have started this school program before July 26 but for Counsel's reading of 8 C.F.R Section 248.1(c)(3), which states that ...A B-1/B-2 cannot begin to attend school until his or her change of status to F-1/M-1 has been approved. Based on the USCIS website, the processing time for an I-539, change of status from B2 to an F1 would not have been adjudicated and or approved until November 8, 2008.

Ms. Youssefi planned on returning to her country at the end of her B2 status, however, her employer requested that she stay in the United States to pursue her education in English. Ms. Youssefi did exactly what the regulations required, she applied for a change in status that would allow her to comply with her employer's request. Ms. Youssefi could not have applied for an extension of her B2 as her intention was not to remain as a visitor but as a student. If extending her status as a B2 was an option, it was not clear in the regulations. Ms. Youssefi could have had an "intent problem" since she was simultaneously applying for an F1.

In addition, if Ms. Youssefi had started her studies earlier than November 2008, she would have been denied based on the fact that the change in status would not have been approved prior to November 2008. If she began school prior to the granting of her change in status, she would have been in violation of 8 C.F.R Section 248.1(c)(3).

Lastly, Departure during the pendency of an application for change of status has traditionally constituted an abandonment. Memo, Cook, Acting Asst. Comm. Program, HQ 70/6.2.9 (June 18, 2001). As a result, she could not have left the United States during the pendency of her I-539. Therefore, Ms. Youssefi was without remedy.

The regulations are internally inconsistent. It is a violation of the due process clause of the 14th Amendment of the Constitution and illegal as administered.

Ms. Youssefi is requesting that you grant her motion to reconsider and approve her I-539, or in the alternative, retroactively grant her an extension of stay and approve her I-539.

## Part 4.  Signature of Person Filing the Appeal/Motion or His or Her Authorized Representative

| Signature | Signer's Printed Name | Date *(mm/dd/yyyy)* |
|---|---|---|
|  | Laurence F. Johnson | 05/29/2009 |

Make sure your appeal or motion is complete before filing.

Form I-290B (Rev. 02/10/09) Y Page 2

000006

**JOHNSON IMMIGRATION LAW PC**
2416 Blueridge Avenue, Suite 204
Silver Spring, Maryland 20902-4541
johnsonimmigration@gmail.com

*Laurence F. Johnson, Admitted MD, DC*
*Barbara P. Smith, Admitted NY*

Tel: (301)-942-0303
Fax: (301)-942-1174

Center Director
U.S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

**SENT VIA UPS NEXT DAY AIR**
**Tracking No.:**
**1Z F2V 176 22 1001 9598**

RE:   **EAC 0819051815**
      **MOTION TO RECONSIDER DENIAL OF APPLICATION TO CHANGE**
      **NON-IMMIGRANT STATUS (FORM I-539)**

Primary Applicant:        Narges YOUSSEFI
Derivative Applicants:    Mahdi ATAEE-GHOMI (Spouse)
                          Pouria ATAEE-GHOMI (Child, age 18)

<u>Our File No.: 2008-0110</u>

Dear Center Director:

Please find and accept for filing Form I-290B, Motion to Reconsider, for the denial of the I-539 of Ms. Narges Youssefi. I have enclosed Form G-28, filing fee, and supporting documentation listed below. I request that you grant Ms. Youssefi's Motion to Reconsider based on the information stated in the enclosed Motion.

Thank you in advance for your prompt and favorable consideration in this matter. If you have any questions, please contact me at (301) 942-0303.

Sincerely,

Laurence F. Johnson

LFJ/gwr
Enclosures:   I-290B Filing Fee of $585.00          (check)
              Form G-28                             (original)
              Form I-290B - Motion to Reconsider    (original)
              Exhibits 1 & 2                         (originals and copies)

RECEIVED
CENTER DIRECTOR
2009 JUN -1 PM 2: 55
INS/VSC
ST. ALBANS, VT. 05479-0001
319

000007



**Mashad Glaze**

Ref. 1887.459

Date: 20 2 08

Dear Ms. Youssefi:

Due to the large increase in our business interactions with Asia, we have changed our minds and would like you to remain in the United States longer in order to learn English better.

Knowledge of the English language has recently become more important for us to be able to conduct business in Asia profitably.  Please let us know what we can do to help you in this endeavor so that you will be able to help us when you return to your job here.

As mentioned before all your expenses during your stay in the United States will be paid by the Mashad Glaze Co. We need bills of your monthly expenses in order to transfer them directly in to your account.

Sincerely,

Managing Directory

A. Youssefi

000008



## Mashad Glaze

No · 1888 / 178

Date · 25ᵗʰ May · 2009

**DEAR Mrs. NARGESS YOUSSEFI**

WE WOULD LIKE TO TAKE THIS OPPORTUNITY TO
APPRECIATE YOUR FRUITFUL COOPERATION IN OUR SALES
ACCOUNTING DEPARTMENT AT MASHAD GLAZE COMPANY

WE ARE ALSO EAGER TO TAKE BENEFIT OF YOUR FIFTEEN
YEARS OF EXPERIENCE AT THIS POST ON YOUR RETURN TO
IRAN.

AS WE ARE EXPANDING OUR EXPORT SALES TO ENGLISH
LANGUAGE COUNTRIES IT IS ESSENTIAL THAT YOU WILL
DEVELOP YOUR COMMAND OF ENGLISH, TO HELP US IN
COMMERCIAL ACTIVITIES AND EXPORT DUTIES.
FOR YOUR INFORMATION YOUR SALARIES AND SOCIAL
SECURITY IS ALLOCATED TO YOUR CURRENT ACCOUNT ON
MONTHLY BASIS.

MASHHAD-GLAZE CO

□ Factory:                          Tel: ++9851 662-0291/3          □ Tehran office:          Tel: ++9821 804-3696
18 Km Sento High way

000009

**Department of Homeland Security**

**U.S. Citizenship and Immigration Services**

# Cover Sheet

# Record
# of
# Proceeding

**NOTE:** This is a permanent record of the U. S. Citizenship and Immigration Services.  Any part of this record that is removed **must be returned** after it has served its purpose.

## Instructions

1. Place a separate cover sheet on the top of each Record of Proceeding.

2. Each Record of Proceeding must be fastened on the inner left side of the file jacket in chronological order.

3. Any person temporarily removing any part of this record must make, date and sign a notation to this effect that must be retained in this record, below the cover sheet.  The signer is responsible for replacing the removed material as soon as it has served its purpose.

4. See AM 2710 for detailed instructions

GPO U.S. GOVERNMENT PRINTING OFFICE: 2007 – 342-123                    M-175 (Rev. 02/28/05) Y

000010



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479

**U.S. Citizenship
and Immigration
Services**

April 28, 2009

NARGES YOUSSEFI
ATTN LAURENCE F JOHNSON ESQ
LAW OFFICES OF LAURENCE F JOHNSON LLC
2416 BLUERIDGE AVENUE SUITE 204
SILVER SPRING MD  20902

A Number:
File Receipt Number: EAC0819051815
Motion Number: EAC0900751125
Beneficiary: ATAEE GHOMI, POURIA, MAHDI

Dear Sir/Madam:

On October 9, 2008, you filed a Motion to Reopen and Reconsider the denial or revocation of your Application to Extend/Change Non immigrant Status (Form I-539) rendered on September 8, 2008.

The motion as submitted has been reviewed.  It meets the requirements of 8 CFR 103.5 concerning the proper filing of a motion.  Accordingly, the request to reopen and reconsider these proceedings will be and is hereby granted.

The Application to Extend/Change Nonimmigrant Status (Form I-539) was denied because your B2 nonimmigrant status expired on June 27, 2008 and you failed to establish that you have maintained your nonimmigrant status up to 30 days before your school program start date of November 3, 2008.

Counsel's assertion is that the 30 day gap is due for late filing due to extraordinary circumstances. Your application was not filed late. The application was denied because you did not maintain status up to 30 days before your school program start date as listed on your Form I-20. Title 8, Code of Federal Regulations, Section 214.2 (f)5(i) states that a F-1 student may be admitted for a period up to 30 days before the indicated report date or program start date.  A search of the database does not reveal any other application filed by you, or on your behalf, that would extend your authorized stay within 30 days of your anticipated start date of classes.

After a complete review of the record of proceeding, including your motion, the grounds for denial have not been overcome.

It is ordered that the previous decision regarding the request for a change of the beneficiary's status will be and is hereby affirmed.  The request for a change of nonimmigrant status is denied.

This decision leaves you without lawful immigration status and you are therefore present in the United States in violation of the law.  You are required to depart the United States.  Remaining in the United States without authorization may result in the initiation of removal proceedings against you and may affect your ability to return to the United States in the future.

FOR OFFICE USE ONLY

E   AG-0055

www.uscis.gov    000011

EAC0819051815
Page 2

This decision may not be appealed.  However, should you disagree with this decision, or have additional evidence you believe shows the decision to be in error, you may submit a Motion to Reopen or a Motion to Reconsider on Form I-290B, Notice of Appeal or Motion, to this office within 33 days from the date of this notice.  A copy of Form I-290B is enclosed for your use. A Motion to Reopen must be submitted in writing, state the new facts to be considered, and be supported by affidavits or other new documentary evidence.  A Motion to Reconsider must show that the decision was legally incorrect according to statute, regulation, and/or precedent decision.  Failure to follow these instructions could result in an unfavorable decision.  The motion must be sent to the Vermont Service Center with a filing fee of $585.00 to the following address:

Vermont Service Center
75 Lower Welden Street
St. Albans, VT  05479

For more information about the filing requirements for motions, please see 8 CFR §103.5, visit the USCIS website at www.uscis.gov, or contact the automated Form Request Line by calling 1-800-870-3676.

Sincerely,

Daniel M. Renaud
Center Director

Enclosure(s)

CC:    NARGES YOUSSEFI
       47407 RIVERBANK FOREST PLACE
       POTOMAC FALLS VA  20165

000012

U.S. Department of Justice
Immigration and Naturalization Service

N___ of Entry of Appearance
as Attorney or Representative

Appearances – An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: **Narges YOUSSEFI** | Date:   06/24/2008 |
| | File No.  none |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: **Narges YOUSSEFI** | ☐ Petitioner   ☐ Beneficiary | ☒ Applicant |

| Address: (Apt. No.)  **47407 Riverbank Forest Place** | (City)  **Potomac Falls** | (State)  **VA** | (Zip Code)  **20165** |

| Name: | ☐ Petitioner   ☐ Beneficiary | ☐ Applicant |

| Address: (Apt. No.)   (Number & Street) | (City) | (State) | (Zip Code) |

Check Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

　　　　**U.S. Supreme Court**　　　　　　　　　　and am not under a court or administrative agency
　　　　　　　　　　　　　　Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS<br>Law Offices Of Laurence F. Johnson, LLC<br>2416 Blueridge Avenue, Suite 204<br>Silver Spring, MD 20902 |
| NAME (Type or Print)  Laurence F. JOHNSON, Attorney | TELEPHONE NUMBER  (301) 949-0800     FAX  (301) 949-6057 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:

　　**Laurence F. Johnson**　and all staff members of the Law Offices of Laurence F. Johnson, LLC
　　　　　　　　　　(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

**Narges YOUSSEFI**

| Name of Person Consenting  **Narges YOUSSEFI** | Signature of Person Consenting  X  yaussefi | Date  X  06, 24, 08 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act and the Privacy Act. The manner of requesting such records is contained in 8 CFR 103.10 and 103.20 Et.SEQ.　　　　　　　　　　　　　　Form G-28 (07/26/00)Y

000013

OMB No. 1615-0095. Expires 10/31/08

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-290B, Notice of Appeal or Motion

| In the Matter of: **Narges YOUSSEFI** | File Number: A- | *EAC 08. 190. 51815* none |
|---|---|---|

**START HERE - Please Type or Print (Use black ink)** | For USCIS Use Only

## Part 1. Information About You *(Individual/Business/Organization filing appeal or motion)*

| Family Name | Given Name | Middle Name |
|---|---|---|
| **JOHNSON** | **Laurence** | **F** |

Name of Business/Organization *(if applicable)*

**Law Offices of Laurence F. Johnson, LLC**

Mailing Address - Street Number and Name | Apt. #

**2416 Blueridge Ave. #204**

C/O *(in care of):*

| City | State or Province | Zip/Postal Code |
|---|---|---|
| **Silver Spring** | **MD** | **20902** |

| Country | Daytime Phone *(Area/Country Code)* |
|---|---|
| **USA** | **(301) 949-0800** |

| Fax # *(Area/Country Code)* | E-Mail Address *(if any)* |
|---|---|
| **(301) 949-6057** | **johnsonvisas@gmail.com** |

☒ I am an attorney or representative. If you check this box, you must provide the following information about the person or organization for whom you are appearing. **(NOTE:** You must attach a Form G-28, Notice of Entry of Appearance as Attorney or Representative.)

| Family Name | Given Name | Middle Name |
|---|---|---|
| **YOUSSEFI** | **Narges** | |

Complete Name of Business/Organization/School *(if applicable)*

| A # *(if any)* | Daytime Phone # *(Area/Country Code)* |
|---|---|
| **none** | **(301) 905-2692** |

| Fax # *(Area/Country Code)* | E-mail Address *(if any)* |
|---|---|
| | **nargesyoussefi@yahoo.com** |

### For USCIS Use Only

| Returned | Receipt |
|---|---|
| Date | |
| Date | |
| Resubmitted | |
| Date | |
| Date | |
| Reloc Sent | |
| Date | |
| Date | |
| Reloc Rec'd | |
| Date | |
| Date | |

Remarks

U.S. Department of Homeland Security
**APPROVED**
APR 2 3 2009
000070
U.S. Citizenship and Immigration Services

## Part 2. Information About the Appeal or Motion.

Check the box below that best describes your request. *(Check one box.)*

A. ☐ I am filing an appeal. My brief and/or additional evidence is attached.

B. ☐ I am filing an appeal. My brief and/or additional evidence will be submitted to the AAO within 30 days.

C. ☐ I am filing an appeal. No supplemental brief and/or additional evidence will be submitted.

D. ☐ I am filing a motion to reopen a decision. My brief and/or additional evidence is attached.

E. ☐ I am filing a motion to reconsider a decision. My brief is attached.

F. ☒ I am filing a motion to reopen and a motion to reconsider a decision. My brief and/or additional evidence is attached. *and will also be provided in 60 days.*

2008-0110A

Form I-290B (Rev. 03/04/08) N

000014

| In the Matter of: **Narges YOUSSEFI** | | File Number:  A - none | *EAC-08-190-5/815* (handwritten) |

## Part 2.  Information About the Appeal or Motion   *(Continued)*

Information on the relating application/petition.

| Application/Petition Form # | Receipt # | Date of Denial *(mm/dd/yyyy)* | USCIS Office Where Decision Issued |
|---|---|---|---|
| I-539 | EAC-08-190-51815 | 10/08/2008 | VSC |

## Part 3.  Basis for the Appeal or Motion

**Motion to Reopen:**  The motion must state new facts and must be supported by affidavits and/or documentary evidence.

**Motion to Reconsider:**  The motion must be supported by citations to appropriate statutes, regulations or precedent decisions.

**Appeal:**  Provide a statement explaining any erroneous conclusion of law or fact in the decision being appealed.

1. **Form I-20 was inadvertently issued with a start date in November because counsel relied on processing times posted on the USCIS website.**

2. **Applicant is in contact with the International Student Advisor to get a new ~~Form I-20 with an earlier start date~~.  This ~~will be forwarded to the Service immediately upon receipt~~.**   *Letter Attached. ✓ ~~Laurent Johnson~~ 10/8/08.* (handwritten)

3. **Applicant is facing extraordinary circumstances beyond her control and requests reconsideration of the denial based on the motion and accompanying evidence.**

## Part 4.  Signature of Person Filing the Appeal/Motion or His or Her Authorized Representative

| Signature | Signer's Printed Name | Date *(mm/dd/yyyy)* |
|---|---|---|
| *(signature)* | Laurence F. JOHNSON, Attorney | 10/09/2008 |

Make sure your appeal or motion is complete before filing.

# LAW OFFICES OF LAURENCE F. JOHNSON, LLC

**2416 Blueridge Avenue, Suite 204**
**Silver Spring, Maryland 20902**
**(301) 949-0800**

October 8, 2008

Center Director
U.S. Citizenship and Immigration Services          **SENT VIA UPS NEXT DAY AIR**
Vermont Service Center                              **Tracking No.:**
75 Lower Welden Street                              1ZF2V1762210010702
St. Albans, VT 05479                               08564182

RE:   EAC 0819051815; MOTION TO REOPEN/RECONSIDER DENIAL OF
      APPLICATION TO CHANGE NON-IMMIGRANT STATUS (FORM I-539)
      Primary Applicant:     Narges YOUSSEFI
      Derivative Applicants:   Mahdi ATAEE-GHOMI (Spouse)
                         Pouria ATAEE-GHOMI (Child, age 17)

      <u>Our File No.: 2008-0110</u>

Dear Center Director:

     Please find and accept for filing Form I-290B, Motion to Reopen and/or Reconsider, for the denial of the I-539 of Ms. Narges Youssefi. I have enclosed Form G-28, filing fee, and supporting documentation listed below. I request that you grant Ms. Youssefi's Motion to Reopen and/or Reconsider based on the information stated in the enclosed Motion.

     Thank you in advance for your prompt and favorable consideration in this matter. If you have any questions, please contact me at (301) 949-0800.

                      Sincerely,

                      Laurence F. Johnson, Attorney &
                      Managing Member

LFJ/egf
Enclosures:   I-290B Filing Fee of $585.00       (check)
             Form G-28                  (original)
             Form I-290B               (original)
             Motion to Reopen          (original)
             Exhibits 1-5               (originals and copies)

**BEFORE THE DISTRICT DIRECTOR**
**OF THE DEPARTMENT OF HOMELAND SECURITY**
**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**
**VERMONT SERVICE CENTER**

|  |  |
|---|---|
| File No.: EAC-08-190-51815 | ) |
|  | ) |
| IN THE MATTER OF | ) |
|  | ) |
| NARGES YOUSSEFI, | ) |
| Applicant | ) |
|  | ) |

## MOTION TO REOPEN AND/OR RECONSIDER

Applicant, Ms. Narges Youssefi, submits this Motion to Reopen and/or Reconsider Denial of the Application to Change Status (Form I-539) and states as follows:

### Statement of Case and Facts

1. On or about June 24, 2008, Ms. Youssefi was issued Form I-20 by Kaplan Test Prep, a division of Kaplan, Inc., while in valid B-2 visa status.  Form I-20 noted that studies were to commence November 3, 2008, **Exhibit 1**.

2. Ms. Youssefi had informed the International Student Advisor, Richard McGovern, at Kaplan Test Prep, that an application would be filed to request a change of status with the U.S. Citizenship and Immigration Services (the "Service").

3. At the time of the filing of the instant Form I-539, the current processing times as posted on the Services' website showed that the Service was processing Form I-539 for change of status to F-1 filed on or before October 2007.  Please see copy of the current processing time report at **Exhibit 2.**

4. In discussing the start date for the classes, the undersigned counsel informed Ms. Youssefi that a start date in November would be fine because the Service's processing time for applications to change status exceeded couple of months.  The undersigned counsel relied on the Service's processing report posted on Service's website at USCIS.gov to make this assessment.  The International Student Advisor also relied on the Services' processing time report and did not give an immediate start date for the studies.  See Affidavit of Laurence F. Johnson, **Exhibit 3.**

5. When the Form I-539 was filed on or about June 27, 2008, Narges Youssefi was maintaining a valid B-2 status.  Please see copy of her Form I-94 at **Exhibit 4.**  She

Page 1 of 3

Center Director
Vermont Service Center
RE: I-290B of Narges YOUSSEFI, dob: ███████
October 8, 2008

continues to maintain valid B-2 status now because she has filed a timely Motion that the Service may grant. Please see Memorandum from Michael Aytes, December 27, 2005, page 6, stating that "as long as a decision may be reversed . . . USCIS will not consider that decision final . . . ". This statement related to whether a Form I-140 pending on appeal can form a basis for seeking an extension in H-1B visa status beyond six years. **Exhibit 5.** Moreover, she has not started studying, has not worked without authorization and is otherwise maintaining a valid non-immigrant status.

6.   Ms. Youssefi and the undersigned counsel have contacted the Kaplan Test Prep to request issuance of a new Form I-20 with an earlier start date for Ms. Youssefi's studies. Mr. McGovern, the International Student Advisor, has advised counsel that the previously issued Form I-20 has been terminated in the SEVIS system by the Service and that he cannot issue a new Form I-20 under Ms. Youseffi's name. However, he indicated that he can accept her for studies as soon as her change of status is approved and as soon as the Service reinstates her Form I-20 in the SEVIS system. See Mr. McGovern's statement at **Exhibit 6.**

### Applicable Law

The Service may grant change of status request even if the applicant is out of status where the circumstances that led to becoming out of status were due to "extraordinary circumstances beyond the control of the applicant or petitioner" and the "applicant has not otherwise violated his or her non-immigrant status." 8 C.F. R. sec. 248.1(b)(1) and (2).

### Argument

Ms. Youssefi is entitled to change of status to F-1 visa status because she faced an extraordinary circumstance beyond her control which led to issuance of Form I-20 with a start date in November 2008 rather than an earlier date. Ms. Youssefi did not know that the Form I-20 issued to her must indicated an immediate start date for her studies. She conveyed to the International Student Advisor, Richard McGovern, information received from the undersigned counsel who relied on the processing times posted by the Service. Mr. McGovern concurred with the undersigned counsel that a start date for Ms. Youssefi's classes in November would be fine because the Service is taking several months to process the applications for change of status. Neither the counsel nor the International Student Advisor expected that the Service will adjudicate the instant application within 2 months of receipt when the times posted on Service's website indicated processing times of more than 10 months for Form I-539.

Page 2 of 3



Center Director
Vermont Service Center
RE: I-290B of Narges YOUSSEFI, dob: ████████
October 8, 2008

    Ms. Youssefi and the undersigned counsel relied on the processing times posted by the Service and filed the application for change of status with the Form I-20 that was issued indicating a start date of November 3, 2008. This reliance created an extraordinary circumstance beyond the control of Ms. Youssefi. She has not otherwise violated any terms of her non-immigrant status, has not worked without authorization and has not started her studies. She and counsel have contacted the International Student Advisor to obtain a new Form I-20 and he has indicated that he cannot issue a new Form I-20 with an earlier start date because the Service has terminated the Form I-20 in the SEVIS system when it apparently denied the application to change status (Form I-539). However, he has indicated that she will be accepted immediately to start her studies provided the Service approves the application and reinstates her Form I-20 in the SEVIS system. Therefore, at present, the school is willing to accept Ms. Youssefi to commence her studies immediately without any delay or wait until November 2008. The school has issued a statement in that regard and it is attached here at **Exhibit 6.**

    Based on the analysis reached in the Aytes Memorandum, issued December 2005, related to a Form I-140 on appeal, we submit that you exercise your utmost discretion and find that Ms. Youssefi is maintaining a valid status while you review the Motion to Reopen/Reconsider and find her eligible to change her status to that of F-1 and to that of F-2 for her dependents. We request that you further find that extraordinary circumstances beyond the control of Ms. Youssefi exist and make a favorable finding on her application to change status.

    WHEREFORE, it is respectfully requested that the Service reinstate the Form I-20; allow Ms. Youssefi to change status to F-1 visa status to allow an immediate enrollment in the studies; and that her husband and son's status be changed to F-2.

Respectfully submitted,

Laurence F. Johnson, Attorney for Applicant
Law Offices of Laurence F. Johnson, LLC
2416 Blueridge Avenue, Suite 204
Silver Spring, Maryland 20902
Tel: (301) 949-0800

Page 3 of 3

U.S. Department of Justice
Immigration and Naturalization Service

Certificate of Eligibility for Nonimmigrant (F-1) Student
Status - For Academic and Language Students   (OMB NO 1115-0051)

Page 1

**Please read Instructions on Page 2**
This page must be completed and signed in the U.S. by a designated school official.

SEVIS

Student Copy
N0005542537

1. Family Name (surname)
**Yousefi**

First (given) Name:
**Narges**

Middle Name

Country of birth
**IRAN**

Date of birth(mo/day/year)

Country of citizenship
**IRAN**

Admission number

For Immigration Official User

2. School (School district) name:
**Kaplan Test Prep, a division of Kaplan, Inc.**
**Kaplan Test Prep-Washington, DC**

School Official to be notified of student's arrival in U.S (Name and Title)
**Richard McGovern**
**International Student Advisor**

School address (include zip code)
**2025 M Street, NW**
**Washington, DC 20036**

Visa issuing post | Date Visa Issued

School code (including 3-digit suffix, if any) and approval date
**WAS214F01032000** _____ approved on **02/06/2003**

Reinstated, extension granted to:

3. This certificate is issued to the student named above for:
**Initial Attendance - Change of Status Requested.**

4. Level of education the student is pursuing or will pursue in the United States
**LANGUAGE TRAINING**

5. The student named above has been accepted for a full course of study at this school, majoring in **Second Language Learning (NEW)**
The student is expected to report to the school no later than **11/03/2008** and complete studies not later than **12/03/2009**. The normal length of study is _____ **13** _____ months.

6. English proficiency:
**English proficiency is not required because: ESL training provided by school**

7. This school estimates the student's average costs for an academic term of ___**1**___ (up to 12) months to be:

| | | |
|---|---|---|
| a. Tuition and fees | $ | 1,220.00 |
| b. Living expenses | $ | 1,000.00 |
| c. Expenses of dependents (0  ) | $ | 0.00 |
| d. Other (specify): | $ | 0.00 |
| Total | $ | 2,290.00 |

8. This school has information showing the following as the student's means of support, estimated for an academic term of _**1**_ months (Use the same number of months given in item 7)

| | | |
|---|---|---|
| a. Student's personal funds | $ | 5,074.00 |
| b. Funds from this school | $ | 0.00 |
| Specify type | | |
| c. Funds from another source | $ | 0.00 |
| Specify type | | |
| d. On-campus employment | $ | 0.00 |
| Total | $ | 5,074.00 |

9. Remarks:

10. School Certification: I certify under penalty of perjury that all information provided above in items 1 through 9 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and am authorized to issue this form.

| | International Student Advisor | | |
|---|---|---|---|
| Richard McGovern | | 06/24/2008 | Washington, DC |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |

11. Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on page 1 of this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

| | | | | Date |
|---|---|---|---|---|
| Name of Student  *Narges youssefi* | Signature of Student  *youssefi* | | | *06,24,08* |
| Name of parent or guardian If student under 18 | Signature of parent or guardian | Address (city) | (State or Province) (Country) | (Date) |

EXHIBIT A

For Official Use Only
000020

Page 2

Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested.

## INSTRUCTIONS TO DESIGNATED SCHOOL OFFICIALS

1. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact or using any false document in the submission of this form. Designated school officials should consult regulations pertaining to the issuance of Form I-20 at 8 CFR 214.3 (K) before completing this form. Failure to comply with these regulations may result in the withdrawal of the school approval for attendance by foreign students by the Immigration and Naturalization Service (8 CFR 214.4)

2. ISSUANCE OF FORM I-20 A-B. Designated school officials may issue a Form I-20 A-B to a student who fits into one of the following categories, if the student has been accepted for full-time attendance at the institution: a) a prospective F-1 nonimmigrant student, b) an F-1 transfer student, c) an F-1 student advancing to a higher educational level at the same institution, d) an out of status student seeking reinstatement. The form may also be issued to the dependent spouse or child of an F-1 student for securing entry into the United States.

**When issuing a Form I-20 A-B, designated school officials should complete the student's admission number whenever possible to ensure proper data entry and record keeping.**

3. ENDORSEMENT OF PAGE 3 FOR REENTRY. Designated school officials may endorse page 3 of the Form I-20 A-B for reentry if the student and/or the F-2 dependents are to leave the United States temporarily. This should be done only when the information on the Form I-20 remains unchanged. If there have been substantial changes in item 4, 5, 7, or 8 a new Form I-20 A-B should be issued.

4. REPORTING REQUIREMENT. Designated school officials should always forward the top page of the form I-20 A-B to the INS data processing center at P.O. Box 140, London, Kentucky 40741 for data entry except when the form is issued to an F-1 student for initial entry or reentry into the United States, or for reinstatement to student status. (Requests for reinstatement should be sent to the Immigration and Naturalization Service district office having jurisdiction over the student's temporary residence in this country.)

**The INS data processing center will return this top page to the issuing school for disposal after data entry and microfilming.**

5. CERTIFICATION. Designated school officials should certify on the bottom part of page 1 of this form that the Form I-20 A-B is completed and issued in accordance with the pertinent regulations. The designated school official should remove the carbon sheet from the completed and signed Form I-20 A-B before forwarding it to the student.

6. ADMISSION RECORDS. Since the Immigration and Naturalization Service may request information concerning the student's immigration status for various reasons, designated school officials should retain all evidence which shows the scholastic ability and financial status on which admission was based, until the school has reported the student's termination of studies to the Immigration and Naturalization Service.

## INSTRUCTIONS TO STUDENTS

1. Student Certification. You should read everything on this page carefully and be sure that you understand the terms and conditions concerning your admission and stay in the United States as a nonimmigrant student before you sign the student certification on the bottom part of page 1. **The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in this form.**

2. ADMISSION. A nonimmigrant student may be admitted for duration of status. This means that you are authorized to stay in the United States for the entire length of time during which you are enrolled as a full-time student in an educational program and any period of authorized practical training plus sixty days. While in the United States, you must maintain a valid foreign passport unless you are exempt from passport requirements.

You may continue from one educational level to another, such as progressing from high school to a bachelor's program or a bachelor's program to a master's program, etc., simply by invoking the procedures for school transfers

Form I-20 A-B (Rev. 04-27-88)N

3. SCHOOL. For initial admission, you must attend the school specified on your visa. If you have a Form I-20 A-B from more than one school, it is important to have the name of the school you intend to attend specified on your visa. By presenting a Form I-20 A-B from that school to the visa issuing consular officer. Failure to attend the specified school will result in the loss of your student status and subject you to deportation.

4. REENTRY. A nonimmigrant student may be readmitted after a temporary absence of five months or less from the United States, if the student is otherwise admissible. You may be readmitted by presenting a valid foreign passport, a valid visa, and either a new Form I-20 A-B or a page 3 of the Form I-20 A-B (the I-20 ID Copy) properly endorsed for reentry if the information on the I-20 form is current.

5. TRANSFER. A nonimmigrant student is permitted to transfer to a different school provided the transfer procedure is followed. To transfer schools, you should first notify the school you are attending of the intent to transfer, then obtain a Form I-20 A-B from the school you intend to attend. Transfer will be effected only if you return the Form I-20 A-B to the designated school official within 15 days of beginning attendance at the new school. The designated school official will then report the transfer to the Immigration and Naturalization Service.

6. EXTENSION OF STAY. If you cannot complete the educational program after having been in student status for longer than the anticipated length of the program plus a grace period of stay in a single educational level, or for more than eight consecutive years you must apply for extension of stay. An application for extension of stay on a Form I-538 should be filed with the Immigration and Naturalization Service district office having jurisdiction over your school at least 15 days but no more than 60 days before the expiration of your authorized stay.

7. EMPLOYMENT. As an F-1 student, you are not permitted to work off campus or to engage in business without specific employment authorization. After your first year in F-1 student status, you may apply for employment authorization on Form I-538 based on financial needs arising after receiving student status or the need to obtain practical training.

8. Notice of Address. If you move, you must submit a notice within 10 days of the change of address to the Immigration and Naturalization Service (Form AR-11 is available at any INS office.)

9. Arrival/Departure. When you leave the United States, you must surrender your Form I-94 Departure Record. Please see back side of Form I-94 for details of instructions. You do not have to turn in the I-94 if you are visiting Canada, Mexico or adjacent islands other than Cuba for less than 30 days.

10. Financial Support. You must demonstrate that you are financially able to support yourself for the entire period of stay in the United States while pursuing a full course of study. You are required to attach documentary evidence of means of support.

11. **Authorization to Release Information by School.** To comply with requests from the United States Immigration & Naturalization Service for information concerning your immigration status, you are required to give authorization to the named school to release such information from your records. The school will provide the Service your name, country of birth, current address, and any other information on a regular basis or upon request.

12. **Penalty.** To maintain your nonimmigrant student status, you must be enrolled as a full-time student at the school you are authorized to attend. You may engage in employment only when you have received permission to work. Failure to comply with these regulations will result in the loss of your student status and subject you to deportation.

AUTHORITY FOR COLLECTING. Authority for collecting the information on this and related student forms is contained in 8 U.S.C. 1101 and 1184. The information solicited will be used by the Department of State and the Immigration and Naturalization Service to determine eligibility for the benefits requested. The law provides severe penalties for knowingly and willfully falsifying or concealing a material fact, or using any false document in the submission of this form.

REPORTING BURDEN. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to U.S. Department of Justice, Immigration and Naturalization Service (Room 2011), Washington, D.C. 20536, and to the Office of Management and Budget, Paperwork Reduction Project, OMB No. 1115-0051, Washington D.C. 20503

000021

Page 3

IF YOU NEED MORE INFORMATION CONCERNING YOUR F-1 NONIMMIGRANT STUDENT STATUS AND THE RELATING IMMIGRATION PROCEDURES, PLEASE CONTACT EITHER YOUR FOREIGN STUDENT ADVISOR ON CAMPUS OR A NEARBY IMMIGRATION AND NATURALIZATION SERVICE OFFICE

SEVIS

FAMILYNAME: **Yousefi**                                   FIRST NAME    **Narges**

Primary Major: **32.0109    Second Language Learning (NEW)**

Student Employment Authorization

Student's Copy

N0005542537

Employment Status                                        Type

Duration of Employment - From (Date)                     To (Date)
Employer Name
Employer Location

Comments:

Event History
Event Name:                                              Event Date

Current Authorizations                                   Start Date      End Date

This page when properly endorsed, may be used for reentry of the student to attend the same school after a temporary absence from the United States. Each certification signature is valid for one year.

Name of School:

| Name of School Official | Signature of Designated School Official | International Student Advisor Title | Date Issued | Washington, DC Place Issued (city and state) |
|---|---|---|---|---|
| Richard McGovern | | | 06/24/2008 | |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |
| Name of School Official | Signature of Designated School Official | Title | Date Issued | Place Issued (city and state) |

000022

U.S Citizenship and Immigra    Services - Case Status Service Onlin        Page 1 of 4

 U.S. Citizenship and Immigration Services

Home   Contact Us   Site Map   FAQ

Search
Advanced Search 

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]    [ Back ]

# USCIS Processing Time Information for our Vermont Service Center

Posted: September 28, 2008

The table shown below is intended to be a tool for customers to view our processing times. When applications and petitions are completed within our target timeframes, those timeframes will be shown (example: 3 months). If we are not meeting our target timeframes a date will be shown (example: April 16, 2008).

The processing dates shown below represent the receipt dates of petitions and applications currently being processed by the USCIS Service Center. If the receipt date shown on your receipt notice is prior to the processing date shown below, you may call USCIS Customer Service at 1-800-375-5283. We encourage you to check this page periodically before inquiring about your case. The processing dates are updated monthly.

USCIS received a significant increase in the number of applications and petitions filed last year. In July and August of 2007, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. In fiscal year 2007, USCIS received 1.4 million applications for naturalization; nearly double the volume received the year before. USCIS is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

Last year's application surge did not impact USCIS offices evenly across the country. Although most offices have already processed cases received during the 2007 filing surge, a handful of offices will have a small percentage of their 2007 cases pending at the end of Fiscal Year 2008. That will result in processing times longer than the 10-12 month national average. USCIS will continue to shift resources to ensure that all local offices achieve the goal of five month processing times.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **Vermont Service Center** as of: **July 31, 2008**

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| I-90 | Application to Replace Permanent | Initial issuance or replacement | April 01, 2008 |

000023

EXHIBIT 2

...im?ServiceCenter=VSC                                    10/8/2008

| | Resident Card | | |
|---|---|---|---|
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | June 20, 2005 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 01, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 31, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 31, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 06, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | May 28, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | May 28, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 31, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | May 31, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 31, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 31, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 31, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 31, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 31, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 28, 2008 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | February 01, 2008 |
| I-129F | Petition for Alien Fiance(e) | K-3/K-4 - Already married - spouse and/or dependent child | February 01, 2008 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | November 26, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | July 02, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | June 04, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | February 25, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 18, 2006 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | June 04, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | 3 Months |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | Violence Against Women Act (VAWA) | September 10, 2007 |
| | Petition for Amerasian, Widow(er), or | | February 01, |

000024

U.S Citizenship and Immigration Services - Case Status Service Online                Page 3 of 4

| I-360 | Special Immigrant | All other special immigrants | 2008 |
|---|---|---|---|
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | July 24, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | October 22, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | October 22, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | October 22, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | October 22, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | October 22, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | October 22, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | October 22, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | October 22, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | 6 Months |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | October 21, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 3 Months |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 4 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | 3 Months |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | 3 Months |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | 3 Months |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 3 Months |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | February 01, 2008 |
| I-821 | Application for Temporary Protected Status | El Salvador initial or late filing | September 03, 2007 |
| I-821 | Application for Temporary Protected Status | El Salvador extension | September 03, 2007 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua initial or late filing | September 03, 2007 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua extension | September 03, 2007 |

000025

10/8/2008

U.S Citizenship and Immigration Services - Case Status Service Online                Page 4 of 4

| | | | |
|---|---|---|---|
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | 6 Months |
| N-600 | Application for Certification of Citizenship | Application for recognition of U.S. citizenship | February 01, 2008 |

[ Print This Page ]   [ Back ]

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

000026

**Affidavit of Laurence F. Johnson**

I hereby certify that I am over the age of eighteen and competent to testify as follows:

1.  I reviewed the website for the U.S. Citizenship and Immigration Services (the "Service") at USCIS.gov in late June 2008 and observed that the Service was taking more than 10 months to process Form I-539 to change status to F-1.

2.  When I met with Ms. Youssefi, I informed her that it would be all right if the start date on Form I-20 is in November 2008 because the processing times as posted on the Service's website indicated that it would take the Service 10 months, more or less, to process an application to change status.

3.  Ms. Youssefi conveyed this information to the International Student Advisor at Kaplan Aspect.

4.  Unfortunately, both the International Student Advisor and I relied on the information posted by the government.

I hereby affirm under the penalty of perjury that the contents of the foregoing are true and correct to the best of my personal knowledge, information and belief.


Laurence F. Johnson

Subscribed and sworn before me on this _____8th_____ day of October 2008.


Notary Public

ELSA G. FLORES
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires August 28, 2010

Page 1 of 1

000027

EXHIBIT 3

FIN# 1056639354

Reptures Number

220231276 16

194
Departure Record

FIN  YR DHI

DEC 2 7 2007

Family Name

YCM SUGH

First Given Name

NASER

Country of Citizenship

ETIOIA

EXHIBIT 4